SUF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 FEB 15 AM 10:27

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. '08 MJ 0443 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Juan Manuel RAMIREZ-Fajardo, | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **February 14, 2008** within the Southern District of California, defendant, **Juan Manuel RAMIREZ-Fajardo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **FEBRUARY 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

SCF

**CONTINUATION OF COMPLAINT:**
**Juan Manuel RAMIREZ-Fajardo**

## PROBABLE CAUSE STATEMENT

On February 14, 2008, Border Patrol Agent P. A. Shepard was performing patrol duties in the Imperial Beach Border Patrol Station area of operations. At approximately 3:10 a.m., Agent Shepard responded to a call from Border Patrol dispatch, of a seismic intrusion device that activated in an area known as Smuggler's Canyon. This area is located approximately three miles east of the San Ysidro, California Port of Entry and approximately one half mile north of the United States/Mexico International Boundary. Agent Shepard arrived and found three individuals, including one later identified as the defendant **Juan Manuel RAMIREZ-Fajardo**, trying to hide in a bush. Agent Shepard identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All three individuals, admitted that they are citizens and nationals of Mexico without any immigration documents to be in or remain in the United States legally. All three were placed under arrest and were transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 11, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. He stated his intended destination was Santa Ana, California.