AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

JUAN MANUEL RAMIREZ-FAJARDO

## WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 758 LAB

I, JUAN MANUEL RAMIREZ-FAJARDO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MARCH 13, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature: Robert A. Garcia]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER